Laurence D. King (SBN 206423)
Matthew B. George (SBN 239322)
**KAPLAN FOX & KILSHEIMER LLP**
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone:   (415) 772-4700
Facsimile:   (415) 772-4707
*lking@kaplanfox.com*
*mgeorge@kaplanfox.com*

Joel B. Strauss (*pro hac vice*)
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone:   (212) 687-1980
Facsimile:   (212) 687-7714
*jstrauss@kaplanfox.com*

*Attorneys for Plaintiffs and the Proposed Classes*

[Additional counsel appear on signature page]

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| JOHN HARBOUR and TAMI WISNESKY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA HEALTH & WELLNESS PLAN, HEALTH NET OF CALIFORNIA, INC., HEALTH NET LIFE INSURANCE COMPANY, HEALTH NET COMMUNITY SOLUTIONS, INC., HEALTH NET, LLC and ACCELLION, INC.,<br><br>Defendants. | Case No. 5:21-cv-03322-EJD<br><br>**NOTICE OF SETTLEMENT**<br><br>JUDGE:  Hon. Edward J. Davila<br>CTRM:   4—5th Floor |

| | |
|---|---|
| J. DOE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>HEALTH NET OF CALIFORNIA, INC., HEALTH NET, LLC and ACCELLION, INC., a Delaware Corporation,<br><br>Defendants. | Case No. 5:21-cv-02975-EJD<br><br>**NOTICE OF SETTLEMENT**<br><br>JUDGE:  Hon. Edward J. Davila<br>CTRM:   4—5th Floor |
| JOWELI VUNISA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>HEALTH NET, LLC, HEALTH NET OF CALIFORNIA, INC., HEALTH NET LIFE INSURANCE COMPANY, HEALTH NET COMMUNITY SOLUTIONS, INC., CALIFORNIA HEALTH & WELLNESS, CENTENE CORPORATION and ACCELLION, INC., and DOES 1-50, inclusive<br><br>Defendants. | Case No. 5:21-cv-03425-EJD<br><br>**NOTICE OF SETTLEMENT**<br><br>JUDGE:  Hon. Edward J. Davila<br>CTRM:   4—5th Floor |

**PLEASE TAKE NOTICE** that a class-wide settlement in principle has been reached between Plaintiffs in the above-captioned matters and Defendants Health Net LLC, Health Net of California, Inc., Health Net Life Insurance Company, Health Net Community Solutions, Inc., California Health & Wellness, and Centene Corporation (the "Health Net Defendants"), that would resolve Plaintiffs' claims against the Health Net Defendants only. Plaintiffs intend to submit a motion seeking preliminary approval of the class action settlement and all supporting documents within thirty (30) days.

Respectfully submitted,

DATED: October 29, 2021

**KAPLAN FOX & KILSHEIMER LLP**

By: /s/ *Matthew B. George*
    Matthew B. George (SBN 239322)

Laurence D. King (SBN 206423)
Matthew B. George (SBN 239322)
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone: 415-772-4700
Facsimile: 415-772-4707
lking@kaplanfox.com
mgeorge@kaplanfox.com

Joel B. Strauss (*pro hac vice*)
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone:   (212) 687-1980
Facsimile:   (212) 687-7714
*jstrauss@kaplanfox.com*

TINA WOLFSON (SBN 174806)
ROBERT AHDOOT (SBN 172098)
**AHDOOT & WOLFSON, PC**
2600 W. Olive Avenue, Suite 500
Burbank, CA 91505-4521
Telephone: 310.474.9111
Facsimile: 310.474.8585
twolfson@ahdootwolfson.com
rahdoot@ahdootwolfson.com

| | |
|---|---|
| 1 | ANDREW W. FERICH *(pro hac vice* to be filed) |
| | **AHDOOT & WOLFSON, PC** |
| 2 | 201 King of Prussia Road, Suite 650 |
| | Radnor, PA 19087 |
| 3 | Telephone:  310.474.9111 |
| | Facsimile:   310.474.8585 |
| 4 | aferich@ahdootwolfson.com |

Timothy G. Blood (SBN 149343)
Paula R. Brown (SBN 254142)
Jennifer L. MacPherson (SBN 202021)
**BLOOD HURST & O'REARDON, LLP**
501 West Broadway, Suite 1490
San Diego, CA 92101
Telephone:     (619) 338-1100
Facsimile:      (619) 338-1101
tblood@bholaw.com
pbrown@bholaw.com
jmacpherson@bholaw.com

*Attorneys for Plaintiffs and the Proposed Class*

Dated:  October 29, 2021           */s/ William E. Ridgway*
                                   WILLIAM E. RIDGWAY
                                   **SKADDEN ARPS SLATE MEAGHER & FLOM LLP**
                                   155 N. Wacker Drive, Suite 2700
                                   Chicago, IL 60606-1720
                                   Telephone:  312.407.0700
                                   Facsimile:   312.407.0411
                                   *william.ridgway@skadden.com*

*Attorneys for Health Net Defendants*

**FILER ATTESTATION**

I, Matthew B. George, am the ECF user whose identification and password are being used to file this Notice of Settlement. I hereby attest that William E. Ridgway has concurred in this filing.

Dated: October 29, 2021                  */s/ Matthew B. George*
                                                   MATTHEW B. GEORGE